**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Inca Boot Company, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Fortress of Inca**<br><br>**Fortress Shoes** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 2 5 5 2 1 5 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **417 E 43rd St**<br>Number  Street | **603 Park Blvd**<br>Number  Street |
| **Austin, TX 78751-3809**<br>City    State  ZIP Code | **Austin, TX 78751-4314**<br>City    State  ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business** |
| | **4009 Medical Pkwy Ste B200**<br>Number  Street |
| | **Austin, TX 78756-3702**<br>City    State  ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://fortress.shoes/** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Inca Boot Company, LLC**
Name                                                                    Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**3  1  5  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

  District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

  District _____ When _____
                                  MM / DD / YYYY

  Case number, if known _____

| Debtor | Inca Boot Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number        Street | |
| | _____ | |
| | _____ | |
| | City                    State    ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.  Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

## Statistical and administrative information

| | | | | | |
|---|---|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | | | |
| | ☑ Funds will be available for distribution to unsecured creditors. | | | | |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | | | |
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 | | ☐ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | ☑ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

| Debtor | **Inca Boot Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/04/2025**
MM/ DD/ YYYY

X **/s/ Evan Streusand**
Signature of authorized representative of debtor

**Evan Streusand**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ An Nguyen**
Signature of attorney for debtor

Date **09/04/2025**
MM/ DD/ YYYY

**An Nguyen**
Printed name

**Nguyen Law, PLLC**
Firm name

**PO Box Box 150146**
Number        Street

**Austin**            **TX**        **78715-0146**
City                State      ZIP Code

Contact phone

**an@anwinlaw.com**
Email address

**24118479**            **TX**
Bar number            State

## CORPORATE RESOLUTION
## <u>AUTHORIZING FILING OF BANKRUPTCY PETITION</u>

I, Evan Streusand, President, do hereby certify that this Resolution of the Board of Directors of Inca Boot Company, LLC (the "<u>Company</u>"), a limited liability company duly organized and existing under the laws of Texas, authorizing the Company to file a voluntary bankruptcy petition was adopted on September 2, 2025.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Evan Streusand, President, is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Evan Streusand, President, is authorized to employ Nguyen Law, PLLC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Evan Streusand, President, is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Evan Streusand, President, is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Evan Streusand, President, to effectuate the intent of these resolutions are hereby ratified and approved.

Date: September 3, 2025

<u>Name</u>:   Evan Streusand
<u>Title</u>:    President

<u>Name</u>:   Steven Yamura
<u>Title</u>:    Secretary

Fill in this information to identify the case:

Debtor Name **Inca Boot Company, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, in which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Chase** | **Checking account** | **1 8 0 7** | $3,298.60 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 **PayPal** | | $0.00 |
| 4.2 **Shopify** | | $1,051.10 |
| 4.3 **Stripe** | | $0.00 |

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $4,349.70 |
    | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| Debtor | **Inca Boot Company, LLC** | Case number *(if known)* |
| | Name | |

| | | |
|---|---|---|
| 7.1 | **4012 Marathon LP** | **$3,090.00** |
| 7.2 | **Edward N Shaw LLC** | **$5,400.00** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | **Minaya** | **$5,000.00** |
| 8.2 | **Dart Cuero** | **$1,722.00** |
| 8.3 | **Cadenzza** | **$4,109.57** |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

**$19,321.57**

---

**Part 3:**    Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                **Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less: _____ - _____ =..... ➡ _____
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =..... ➡ _____
                            face amount              doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**    Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:          % of ownership: | | |
| 15.1 _____ | _____ | _____ |

---

Debtor    **Inca Boot Company, LLC**         Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 15.2. | | | |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____

16.2 _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20.** **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| Footwear | MM / DD / YYYY | $21,423.61 | | $21,423.61 |
| **22.** **Other inventory or supplies** | | | | |
| Shoe Care Products | MM / DD / YYYY | $642.50 | | $642.50 |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.         $22,066.11

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    **Inca Boot Company, LLC**
_____      Case number *(if known)* _____

      Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.          _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Inca Boot Company, LLC**                                    Case number *(if known)* _____
              _____
              Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | **$5,458.00** | | **$5,458.00** |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$5,458.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor  **Inca Boot Company, LLC**                                    Case number (if known) _____
_____
Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____    _____  _____  _____

48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

49.1 _____    _____  _____  _____

49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____    _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 **Retail Store / Office / 417 E 43rd St Austin, TX 78751-3809** | **Lease** | **$0.00** | | **$0.00** |
| 55.2 **Warehouse / 4009 Medical Pkwy # B/200 Austin, TX 78756-3702** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

---

Debtor   **Inca Boot Company, LLC**
_____
        Name

Case number *(if known)* _____

---

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** | | | |
| https://fortress.shoes/ | unknown | | unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| customer lists | unknown | | unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65.  **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| _____ |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:** All other assets

Debtor   __Inca Boot Company, LLC_____     Case number *(if known)* _____
         Name

---

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜   _____
                             Total face amount      doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73.   **Interests in insurance policies or annuities**

_____                              _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              _____

      **Nature of claim**     _____

      **Amount requested**    _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              _____

      **Nature of claim**     _____

      **Amount requested**    _____

76.   **Trusts, equitable or future interests in property**

_____                              _____

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              _____

_____                              _____

78.   **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.          [_____]

---

Debtor    **Inca Boot Company, LLC**                                    Case number *(if known)* _____
          Name

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,349.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,321.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $22,066.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,458.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➤ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $51,195.38   + 91b. | $0.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................   $51,195.38

Fill in this information to identify the case:

Debtor name  **Inca Boot Company, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**CEN-TEX Certified Dev. Corp.**

**Creditor's mailing address**

**dba BCL of Texas**

**1011 San Jacinto Blvd Ste 500**

**Austin, TX 78701-1952**

**Creditor's email address, if known**

**rvaldez@bcloftexas.org**

**Date debt was incurred**  01/14/2022

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
**See continuation page.**

**Describe debtor's property that is subject to a lien**

Office furniture, Chase, Footwear, PayPal, Shoe Care Products, Shopify, Stripe

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
| --- | --- | --- |
| | $30,455.12 | $31,873.81 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $401,607.24

Debtor **Inca Boot Company, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.2** **Creditor's name**

**CEN-TEX Certified Dev. Corp.**

**Creditor's mailing address**

**dba BCL of Texas**

**1011 San Jacinto Blvd Ste 500**

**Austin, TX 78701-1952**

**Creditor's email address, if known**

**rvaldez@bcloftexas.org**

**Date debt was incurred** 02/28/2025

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Office furniture, Chase, Footwear, PayPal, Shoe Care Products, Shopify, Stripe

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$205,627.95**

Value of collateral: **$31,873.81**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **6**

Debtor  **Inca Boot Company, LLC**

Name

Case number (if known) _____

| **Part 1:** | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**Little Rock Com Loan Serv Ctr**

**2120 Riverfront Dr Ste 100**

**Little Rock, AR 72202-1794**

**Creditor's email address, if known**

_____

Date debt was incurred   **06/03/2020**

Last 4 digits of account number   **7  8  0  3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Office furniture, Chase, Footwear, PayPal, Shoe Care Products, Shopify, Stripe

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$150,005.00**                **$31,873.81**

Debtor  **Inca Boot Company, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4**  **Creditor's name**

**WebBank**

**Creditor's mailing address**

**215 S State St Ste 1000**

**Salt Lake Cty, UT 84111-2336**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **10/21/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Remarks:** PayPal Working Capital

**Describe debtor's property that is subject to a lien**

PayPal

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$15,519.17            $0.00

Debtor **Inca Boot Company, LLC**
Name

Case number (if known)

| Part 1: | Additional Page |
|---------|-----------------|

**2.1** Creditor's name

**CEN-TEX Certified Dev. Corp.**

**Specify each creditor, including this creditor, and its relative priority.**

For Office furniture: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.; For Chase: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.; For Footwear: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.; For PayPal: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.; 4) WebBank; For Shoe Care Products: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.; For Shopify: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.; For Stripe: 1) U.S. Small Business Administration; **2) CEN-TEX Certified Dev. Corp.**; 3) CEN-TEX Certified Dev. Corp.

Debtor    **Inca Boot Company, LLC**                                  Case number (if known) _____
          _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PayPal Working Capital**<br>**Attn: Executive Escalation**<br>**Po Box 45950**<br>**Omaha, NE 68145-0950** | Line 2. __4__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Inca Boot Company, LLC** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor **Inca Boot Company, LLC**
Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**4012 Marathon LP**

**804 Congress Ave Ste 300**

**Austin, TX 78701-2630**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease Agreement**

Is the claim subject to offset?
☐ No
☑ Yes

**$8,410.00**

**3.2** Nonpriority creditor's name and mailing address

**American Express National Bank**

**Po Box 981535**

**El Paso, TX 79998-1535**

Date or dates debt was incurred _____

Last 4 digits of account number **1 0 0 7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,993.78**

**3.3** Nonpriority creditor's name and mailing address

**Celtic Bank**

**268 S State St Ste 300**

**Salt Lake Cty, UT 84111-5314**

Date or dates debt was incurred **01/31/2025**

Last 4 digits of account number __ __ __ __

**Remarks:** Stripe Capital Program

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,382.58**

**3.4** Nonpriority creditor's name and mailing address

**Dart Cuero S.A.C.**

**Calle Sullana 174**

**Lima 15022, Peru,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Bootmaker**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,300.60**

Debtor    **Inca Boot Company, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.5**  Nonpriority creditor's name and mailing address

**Edward N Shaw LLC**

**3201 Esperanza Xing Apt 201**

**Austin, TX 78758-7861**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Agreement**

Is the claim subject to offset?
☐ No
☑ Yes

$10,200.00

---

**3.6**  Nonpriority creditor's name and mailing address

**JPMorgan Chase Bank, N.A.**

**Mail Code La4-7100**

**700 Kansas Ln**

**Monroe, LA 71203-4774**

Date or dates debt was incurred

Last 4 digits of account number  **4  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chase Southwest Visa**

Is the claim subject to offset?
☑ No
☐ Yes

$44,227.52

---

**3.7**  Nonpriority creditor's name and mailing address

**JPMorgan Chase Bank, N.A.**

**Mail Code La4-7100**

**700 Kansas Ln**

**Monroe, LA 71203-4774**

Date or dates debt was incurred

Last 4 digits of account number  **1  5  6  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Chase Ink Plus**

Is the claim subject to offset?
☑ No
☐ Yes

$27,628.02

---

**3.8**  Nonpriority creditor's name and mailing address

**Textile and Leather Trading S.A.C.**

**Calle Narciso de la Colina 350 Of. 202**

**Miraflores 15074, Peru,**

Date or dates debt was incurred

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Manufacturing Agent**

Is the claim subject to offset?
☑ No
☐ Yes

$647.33

---

| Debtor | **Inca Boot Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**Wayflyer Financial LLC**

**1175 Peachtree St Ne Ste 1000**

**Atlanta, GA 30361-3542**

Date or dates debt was incurred    **07/02/2025**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:     **$38,144.16**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Merchant Cash Advance Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**WebBank**

**100 Shockoe Slip Fl 2**

**Richmond, VA 23219-4100**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Remarks: Shopify Capital

As of the petition filing date, the claim is:     **$47,969.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Merchant Loan Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**WebBank**

**215 S State St Ste 1000**

**Salt Lake Cty, UT 84111-2336**

Date or dates debt was incurred   **07/02/2024**

Last 4 digits of account number   ___ ___ ___ ___

Remarks: PayPal LoanBuilder Loan

As of the petition filing date, the claim is:     **$83,724.03**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Amended and Restated Loan Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Wells Fargo Bank, N.A.**

**Wells Fargo Small Business Operations**

**Po Box 29482**

**Phoenix, AZ 85038-9482**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0 9 3 9**

As of the petition filing date, the claim is:     **$24,770.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Inca Boot Company, LLC**
Name

Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **LoanBuilder, A PayPal Service Loan**<br>**c/o Swift Financial**<br>**2211 N 1st St**<br>**San Jose, CA 95131-2021** | Line **3.11**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  **Inca Boot Company, LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$320,398.51** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$320,398.51** |

Fill in this information to identify the case:

Debtor name **Inca Boot Company, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 4009 Medical Pkwy Ste B/200 | 4012 Marathon LP |
|-----|---|---|---|
| | | Austin, TX 78756-3702 | 804 Congress Ave Ste 300 |
| | State the term remaining | 20 months | Austin, TX 78701-2630 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 417 E 43rd St | Edward N Shaw LLC |
|-----|---|---|---|
| | | Austin, TX 78751-3809 | 3201 Esperanza Xing Apt 201 |
| | State the term remaining | 20 months | Austin, TX 78758-7861 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|-----|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|-----|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|-----|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Inca Boot Company, LLC** |
| United States Bankruptcy Court for the: | **Western** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|---|
| | Name | Mailing address | Name | |
| 2.1 | **Evan Streusand** | **603 Park Blvd** <br> Street <br><br> **Austin, TX 78751-4314** <br> City  State  ZIP Code | **WebBank** <br><br><br> **CEN-TEX Certified Dev. Corp.** <br><br> **CEN-TEX Certified Dev. Corp.** | ☐ D  ☑ E/F  ☐ G <br><br> ☑ D  ☐ E/F  ☐ G <br><br> ☑ D  ☐ E/F  ☐ G |
| 2.2 | **Steven Yambra** | **10953 San Fernando Rd** <br> Street <br><br> **Pacoima, CA 91331-2633** <br> City  State  ZIP Code | **WebBank** <br><br><br> **CEN-TEX Certified Dev. Corp.** | ☐ D  ☑ E/F  ☐ G <br><br> ☑ D  ☐ E/F  ☐ G |
| 2.3 | | Street <br><br><br> City  State  ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street <br><br><br> City  State  ZIP Code | | ☐ D  ☐ E/F  ☐ G |

| Debtor | **Inca Boot Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name     **Inca Boot Company, LLC**

United States Bankruptcy Court for the:

    **Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*....................................................................................

| $0.00 |
|---:|

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*..................................................................................

| $51,195.38 |
|---:|

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*....................................................................................

| $51,195.38 |
|---:|

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $401,607.24 |
|---:|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

| $0.00 |
|---:|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| + | $320,398.51 |
|:---|---:|

4. **Total liabilities**.................................................................................................................

    Lines 2 + 3a + 3b

| $722,005.75 |
|---:|

Fill in this information to identify the case:

Debtor name    **Inca Boot Company, LLC**

United States Bankruptcy Court for the:

     **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**   to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$698,403.03** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$861,298.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,178,824.00** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025**   to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Facebook Advertising** <br> Creditor's name <br> **1 Hacker Way** <br> Street <br> **Meta Headquarters** <br> **Menlo Park, CA 94025-1455** <br> City    State    ZIP Code | **daily (sporadic)** | **$26,703.43** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ☑ Services <br> ❏ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **Evan Streusand** <br> Creditor's name <br> **603 Park Blvd** <br> Street <br><br> **Austin, TX 78751-4314** <br> City    State    ZIP Code <br> Relationship to debtor <br> **President** | **2025 (to date)** <br><br> **2024 (Sept–Dec)** | **$22,390.00** | **salary** |
| **4.2.** **Steven Yambra** <br> Creditor's name <br> **10953 San Fernando Rd** <br> Street <br><br> **Pacoima, CA 91331-2633** <br> City    State    ZIP Code <br> Relationship to debtor <br> **Secretary** | **10/01/2024** <br> **11/01/2024** <br> **12/01/2024** | **$3,000.00** | **salary** |

| 4.3. | **Highway Robery LLC** | **09/24/2024** | **$2,173.20** | **consignment commission** |
| | Creditor's name | | | |
| | **603 Park Blvd** | **07/07/2025** | | |
| | Street | | | |
| | | **07/07/2025** | | |
| | **Austin, TX 78751-4314** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **insider of affiliate** | | | |

| 4.4. | **Simone Handmade LLC** | **06/17/2025** | **$4,186.73** | **reimbursement for shared expenses** |
| | Creditor's name | | | |
| | **603 Park Blvd** | **05/01/2025** | | |
| | Street | | | |
| | | **05/01/2025** | | |
| | **Austin, TX 78751-4314** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **insider of affiliate** | | | |

| 4.5. | **Simone Handmade LLC** | **periodic** | **$36,827.00** | **consignment commission** |
| | Creditor's name | | | |
| | **603 Park Blvd** | | | |
| | Street | | | |
| | | | | |
| | **Austin, TX 78751-4314** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **insider of affiliate** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor    **Inca Boot Company, LLC**    25-11382-smr  Doc#1  Filed 09/04/25  Entered 09/04/25 18:08:26  Main Document  Pg 34 of 55
    Name
Case number *(if known)* _____

6.1. _____    _____   _____

    Creditor's name

                            XXXX– __ __ __ __

    Street

    City          State    ZIP Code

---

## Part 3:  Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **VSB Riley v. Inca Boot Company, LLC, Case No. 24-cv-03842** | **Civil Rights ADA Lawsuit** | **U.S. District Court for SDNY**<br>Name<br>**40 Foley Sq**<br>Street<br>**Thurgood Marshall U.S. Courthouse**<br>**New York, NY 10007-1502**<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City  State  ZIP Code | | |
| | | **Date of order or assignment** | City  State  ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **KUT Public Media Studios** | **donation** | **$50/mo** | **$1,200.00** |
| | Recipient's name | | | |
| | **300 W Dean Keeton St Stop A0704** | | | |
| | Street | | | |
| | **Austin, TX 78712-1061** | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Nguyen Law, PLLC** | **Attorney's Fee** | **9/4/2025** | **$11,738.00** |
| | Address | | | |
| | **Po Box 150146** | | | |
| | Street | | | |
| | **Austin, TX 78715-0146** | | | |
| | City          State    ZIP Code | | | |
| | Email or website address | | | |
| | **an@anwinlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| | **Evan Streusand** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|------------------------|-----------------------------------|---------------------------|----------------------|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|-----------------------------------------------------------------------------------|------------------------|----------------------|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|-------|---------|--------------------|
| 14.1. | | From _____ To _____ |
| | Street | |
| | | |
| | City          State     ZIP Code | |

Debtor    25-11382-smr  Doc#1  Filed 09/04/25  Entered 09/04/25 18:08:26  Main Document    Pg 37 of
          Inca Boot Company, LLC                              55
          Name                                                        Case number *(if known)*

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ ____ ____ City         State   ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **customer lists** _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor _____ 25-11382-smr Doc#1 Filed 09/04/25 Entered 09/04/25 18:08:26 Main Document Pg 38 of
Inca Boot Company, LLC                                    55                          Case number *(if known)* _____
Name

18.1  _____  XXXX–_ _ _ _   ☐ Checking      _____   _____
      Name                                     ☐ Savings
      _____                 ☐ Money market
      Street                                   ☐ Brokerage
      _____                 ☐ Other
      City          State   ZIP Code           _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City          State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **warehouse** | | ~~inventory~~ | ☐ No |
| Name | | | ☑ Yes |
| **4009 Medical Pkwy # B/200** | | | |
| Street | | | |
| | Address | | |
| **Austin, TX 78756-3702** | | | |
| City          State   ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City          State   ZIP Code | | | |

Debtor 25-11382-smr Doc#1 Filed 09/04/25 Entered 09/04/25 18:08:26 Main Document Pg 39 of
Inca Boot Company, LLC 55
Name Case number *(if known)*

| Part 12: | Details About Environmental Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

Debtor  **Inca Boot Company, LLC**
Name

Case number *(if known)*

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26.** **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Justin Clowers**<br>Name<br><br>**https://www.mbdfin.com/**<br>Street<br><br><br>City                    State              ZIP Code | From _____   To **present** |
| 26a.2.  **Kathleen Hausenfluck, CPA**<br>Name<br><br>**2206 Lake Austin Blvd**<br>Street<br><br>**Austin, TX 78703-4548**<br>City                    State              ZIP Code | From _____   To **present** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                    State              ZIP Code | From _____   To _____ |

Debtor  25-11382-smr  Doc#1  Filed 09/04/25  Entered 09/04/25 18:08:26  Main Document  Pg 41 of 55
Inca Boot Company, LLC                                                    Case number *(if known)*
Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Justin Clowers** <br> Name <br> **https://www.mbdfin.com/** <br> Street <br><br> City    State    ZIP Code | |
| 26c.2. | **Kathleen Hausenfluck, CPA** <br> Name <br> **2206 Lake Austin Blvd** <br> Street <br><br> **Austin, TX 78703** <br> City    State    ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Wayflyer Financial LLC** <br> Name <br> **1175 Peachtree St Ne Ste 1000** <br> Street <br><br> **Atlanta, GA 30361-3542** <br> City    State    ZIP Code |
| 26d.2. | **CEN-TEX Certified Development Corporation** <br> Name <br> **1011 San Jacinto Blvd Ste 500** <br> Street <br> **dba BCL of Texas** <br> **Austin, TX 78701-1952** <br> City    State    ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Evan Streusand** | **09/04/2025** | **$21,763.00** |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1. **Evan Streusand**
Name

**603 Park Blvd**
Street

**Austin, TX 78751-4314**
City      State      ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Evan Streusand** | **08/05/2025** | **$21,584.00** |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2. **Evan Streusand**
Name

**603 Park Blvd**
Street

**Austin, TX 78751-4314**
City      State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Evan Streusand** | **603 Park Blvd Austin, TX 78751-4314** | **President, membership interest** | **45.00%** |
| **Steven Yambra** | **10953 San Fernando Rd Pacoima, CA 91331-2633** | **Secretary, membership interest** | **35.00%** |
| **Dory Benami** | **19528 Ventura Blvd # 182 Tarzana, CA 91356-2917** | **Member, membership interest** | **20.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Evan Streusand**<br>Name<br>**603 Park Blvd**<br>Street<br><br>**Austin, TX 78751-4314**<br>City        State        ZIP Code | **$9,470.00**<br><br>**$12,920.00** | **2025 (to date)**<br><br>**2024 (Sept–Dec)** | **salary** |
| **Relationship to debtor**<br>**President** | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2. **Steven Yambra**<br>Name<br>**10953 San Fernando Rd**<br>Street<br><br>**Pacoima, CA 91331-2633**<br>City        State        ZIP Code | **$1,000.00**<br><br>**$1,000.00**<br><br>**$1,000.00** | **10/01/2024**<br><br>**11/01/2024**<br><br>**12/01/2024** | **salary** |
| **Relationship to debtor**<br>**Secretary** | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.3. **Highway Robery LLC**<br>Name<br>**603 Park Blvd**<br>Street<br><br>**Austin, TX 78751-4314**<br>City        State        ZIP Code | **$1,523.88**<br><br>**$307.32**<br><br>**$342.00** | **09/24/2024**<br><br>**07/07/2025**<br><br>**07/07/2025** | **consignment commission** |
| **Relationship to debtor**<br>**insider of affiliate** | | | |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.4. **Simone Handmade LLC**<br>Name<br>**603 Park Blvd**<br>Street<br><br>**Austin, TX 78751-4314**<br>City        State        ZIP Code | **$1,600.00**<br><br>**$986.73**<br><br>**$1,600.00** | **06/17/2025**<br><br>**05/01/2025**<br><br>**05/01/2025** | **reimbursement for shared expenses** |
| **Relationship to debtor**<br>**insider of affiliate** | | | |

Debtor     **Inca Boot Company, LLC**       Case number *(if known)* _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5.   **Simone Handmade LLC**<br>Name<br><br>**603 Park Blvd**<br>Street<br><br>**Austin, TX 78751-4314**<br>City     State     ZIP Code<br><br>Relationship to debtor<br><br>**insider of affiliate** | $36,827.00 | periodic | consignment commission |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/04/2025**
         MM/   DD/   YYYY

**X** **/s/ Evan Streusand**          Printed name        **Evan Streusand**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **Inca Boot Company, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CEN-TEX Certified Dev. Corp. dba BCL of Texas 1011 San Jacinto Blvd Ste 500 Austin, TX 78701-1952 | rvaldez@bcloftexas.org Raquel Sanchez  rvaldez@bcloftexas.org | | | $205,627.95 | $31,873.81 | $205,627.95 |
| 2 | U.S. Small Business Administration  Little Rock Com Loan Serv Ctr 2120 Riverfront Dr Ste 100 Little Rock, AR 72202-1794 | | UCC Financing Statement | | $150,005.00 | $31,873.81 | $91,249.58 |
| 3 | WebBank 215 S State St Ste 1000 Salt Lake Cty, UT 84111-2336 | | Amended and Restated Loan Agreement | | | | $83,724.03 |
| 4 | WebBank 100 Shockoe Slip Fl 2 Richmond, VA 23219-4100 | capital-support@shopify.com | Merchant Loan Agreement | | | | $47,969.69 |
| 5 | JPMorgan Chase Bank, N.A. Mail Code La4-7100 700 Kansas Ln Monroe, LA 71203-4774 | (800) 870-8482 | Chase Southwest Visa | | | | $44,227.52 |
| 6 | Wayflyer Financial LLC 1175 Peachtree St Ne Ste 1000 Atlanta, GA 30361-3542 | mcanotices@wayflyer.com | Merchant Cash Advance Agreement | | | | $38,144.16 |
| 7 | CEN-TEX Certified Dev. Corp. dba BCL of Texas 1011 San Jacinto Blvd Ste 500 Austin, TX 78701-1952 | rvaldez@bcloftexas.org Raquel Sanchez  rvaldez@bcloftexas.org | UCC Financing Statement | | $30,455.12 | $31,873.81 | $30,455.12 |
| 8 | JPMorgan Chase Bank, N.A. Mail Code La4-7100 700 Kansas Ln Monroe, LA 71203-4774 | (800) 870-8482 | Chase Ink Plus | | | | $27,628.02 |

| Debtor | **Inca Boot Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Wells Fargo Bank, N.A.<br><br>Wells Fargo Small Business Operations<br>Po Box 29482<br>Phoenix, AZ 85038-9482 | | | | | | $24,770.80 |
| 10  American Express National Bank<br><br>Po Box 981535<br>El Paso, TX 79998-1535 | | Credit Card | | | | $21,993.78 |
| 11  WebBank<br><br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 | | | | | | $15,519.17 |
| 12  Edward N Shaw LLC<br><br>3201 Esperanza Xing Apt 201<br>Austin, TX 78758-7861 | | Lease Agreement | | | | $10,200.00 |
| 13  Dart Cuero S.A.C.<br><br>Calle Sullana 174<br>Lima 15022, Peru, | eliocrocco6@hotmail.com | Bootmaker | | | | $9,300.60 |
| 14  4012 Marathon LP<br><br>804 Congress Ave Ste 300<br>Austin, TX 78701-2630 | | Lease Agreement | | | | $8,410.00 |
| 15  Celtic Bank<br><br>268 S State St Ste 300<br>Salt Lake Cty, UT 84111-5314 | | Loan Agreement | | | | $3,382.58 |
| 16  Textile and Leather Trading S.A.C.<br><br>Calle Narciso de la Colina 350 Of. 202<br>Miraflores 15074, Peru, | jessicag@tltandean.com | Manufacturing Agent | | | | $647.33 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**    Inca Boot Company, LLC

Case No. _____

**Debtor**                                              Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................ _____

Prior to the filing of this statement I have received ............................................................. _____

Balance Due ...................................................................................................................... _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ................................... **$11,738.00**

The undersigned shall bill against the retainer at an hourly rate of ....................................... **$400.00**

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____ **$1,738.00** _____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify)    **Evan Streusand** _____

4.    The source of compensation to be paid to me is:

☐ Debtor        ☑ Other (specify)    **Evan Streusand** _____

5.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/04/2025** | **/s/ An Nguyen** |
| *Date* | An Nguyen |
| | *Signature of Attorney* |
| | Bar Number: 24118479 |
| | Nguyen Law, PLLC |
| | PO Box Box 150146 |
| | Austin, TX 78715-0146 |
| | Phone: (972) 897-5312 |
| | **Nguyen Law, PLLC** |
| | *Name of law firm* |

---

Date:    **09/04/2025**          **/s/ Evan Streusand**

                                                    *Evan Streusand*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Inca Boot Company, LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **09/04/2025**      Signature      **/s/ Evan Streusand**

                                 Evan Streusand, President

4012 Marathon LP
804 Congress Ave Ste 300
Austin, TX 78701-2630

American Express National
Bank
Po Box 981535
El Paso, TX 79998-1535

Dory Benami
19528 Ventura Blvd # 182
Tarzana, CA 91356-2917

Celtic Bank
268 S State St Ste 300
Salt Lake Cty, UT 84111-5314

CEN-TEX Certified Dev. Corp.
dba BCL of Texas
1011 San Jacinto Blvd Ste 500
Austin, TX 78701-1952

Dart Cuero S.A.C.
Calle Sullana 174
Lima 15022, Peru

Edward N Shaw LLC
3201 Esperanza Xing Apt 201
Austin, TX 78758-7861

Evan Streusand
603 Park Blvd
Austin, TX 78751-4314

JPMorgan Chase Bank, N.A.
Mail Code La4-7100
700 Kansas Ln
Monroe, LA 71203-4774


LoanBuilder, A PayPal Service Loan
c/o Swift Financial
2211 N 1st St
San Jose, CA 95131-2021

PayPal Working Capital
Attn: Executive Escalation
Po Box 45950
Omaha, NE 68145-0950


Steven Yambra
10953 San Fernando Rd
Pacoima, CA 91331-2633


Textile and Leather Trading S.A.C.
Calle Narciso de la Colina 350 Of. 202
Miraflores 15074, Peru


U.S. Small Business Administration
Little Rock Com Loan Serv Ctr
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794

Wayflyer Financial LLC
1175 Peachtree St Ne Ste 1000
Atlanta, GA 30361-3542


WebBank
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

WebBank
215 S State St Ste 1000
Salt Lake Cty, UT 84111-2336


Wells Fargo Bank, N.A.
Wells Fargo Small Business Operations
Po Box 29482
Phoenix, AZ 85038-9482

4012 Marathon LP
804 Congress Ave Ste 300
Austin, TX 78701-2630


American Express National Bank
Po Box 981535
El Paso, TX 79998-1535


Dory Benami
19528 Ventura Blvd # 182
Tarzana, CA 91356-2917


Celtic Bank
268 S State St Ste 300
Salt Lake Cty, UT 84111-5314


CEN-TEX Certified Dev. Corp.
dba BCL of Texas
1011 San Jacinto Blvd Ste 500
Austin, TX 78701-1952


Dart Cuero S.A.C.
Calle Sullana 174
Lima 15022, Peru


Edward N Shaw LLC
3201 Esperanza Xing Apt 201
Austin, TX 78758-7861


Evan Streusand
603 Park Blvd
Austin, TX 78751-4314

JPMorgan Chase Bank, N.A.
Mail Code La4-7100
700 Kansas Ln
Monroe, LA 71203-4774

LoanBuilder, A PayPal Service
Loan
c/o Swift Financial
2211 N 1st St
San Jose, CA 95131-2021

PayPal Working Capital
Attn: Executive Escalation
Po Box 45950
Omaha, NE 68145-0950

Steven Yambra
10953 San Fernando Rd
Pacoima, CA 91331-2633

Textile and Leather Trading
S.A.C.
Calle Narciso de la Colina 350 Of. 202
Miraflores 15074, Peru

U.S. Small Business
Administration
Little Rock Com Loan Serv Ctr
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794

Wayflyer Financial LLC
1175 Peachtree St Ne Ste 1000
Atlanta, GA 30361-3542

WebBank
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

WebBank

215 S State St Ste 1000

Salt Lake Cty, UT 84111-2336

Wells Fargo Bank, N.A.

Wells Fargo Small Business Operations

Po Box 29482

Phoenix, AZ 85038-9482