# Balance Sheet - 2023
## Fortress of Inca
### As of December 31, 2023

| Distribution account | Total |
|---|---:|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| 10300 Chase Checking 0187 | 4,761.92 |
| 10400 Chase Savings 9562 | |
| **Total for Bank Accounts** | **$4,761.92** |
| Accounts Receivable | |
| 11000 Accounts Receivable | -18,714.00 |
| **Total for Accounts Receivable** | **-$18,714.00** |
| Other Current Assets | |
| 10900 Undeposited Funds | |
| 11050 Accounts Receivable - Stich Lab | |
| 11100 Accounts Receivable (old) | |
| 11124 A/R - Factor FTC | |
| 11125 Due To Factor - FTC | |
| 12100 *Inventory Asset | 11,578.01 |
| 13000 Prepaid Expenses | |
| 15000 Inventory Asset | 39,834.63 |
| 15050 Prepaid Inventory | |
| 19000 Deposits | 3,089.90 |
| 19100 Deposits with Vendors | |
| Cash Advance | |
| Clearing Account | |
| SL Inventory Asset | |
| **Total for Other Current Assets** | **$54,502.54** |
| **Total for Current Assets** | **$40,550.46** |
| Fixed Assets | |
| Other Assets | |
| **Total for Assets** | **$40,550.46** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 20000 Accounts Payable | |
| **Total for Accounts Payable** | **0.00** |
| Credit Cards | |
| 22000 Wells Fargo 0939 | -144.57 |
| 22051 Chase Business Card 1569 | 14,141.51 |

| | |
|---|---:|
| 22052 Chase Business Card 2329 | |
| Amex | |
| Amex 1007 | 38,062.39 |
| Capital One | |
| Chase Southwest Visa | 28,474.81 |
| Line of Credit | 20,293.79 |
| Wells Fargo CC | |
| **Total for Credit Cards** | **$100,827.93** |
| Other Current Liabilities | |
| 20010 Accounts Payable (old) | |
| 23000 Payroll Liabilities | 191.09 |
| 24000 Sales Tax Payable | |
| 25200 S/T Loan - Evan Streusand | |
| 25600 S/T Loan - Steven Yambra | |
| 25710 S/T Loan - Swift Financial | |
| 26355 Shopify ST Loan | 27,439.37 |
| Paypal Loan | 2,191.47 |
| SL Sales Tax Payable | |
| Stripe Capital | |
| Wayflyer Growth Loan | 49,040.45 |
| **Total for Other Current Liabilities** | **$78,862.38** |
| **Total for Current Liabilities** | **$179,690.31** |
| Long-term Liabilities | |
| 25500 Loan - Ronnie Yambra | 164,500.00 |
| 25700 Loan - Donald n Levit Trust | 19,250.00 |
| 26300 L/T Loan - Steven Yambra | |
| 26350 BCL Loan | 84,847.24 |
| SBA Loan | 149,666.00 |
| **Total for Long-term Liabilities** | **$418,263.24** |
| **Total for Liabilities** | **$597,953.55** |
| Equity | |
| 30000 Opening Balance Equity | |
| 31000 Owner Equity | 0.00 |
| Dory Benami Equity | 0.00 |
| Distribution | -49,375.00 |
| **Total for Dory Benami Equity** | **-$49,375.00** |
| Evan Streusand Equity | 0.00 |
| Contribution | |
| Distribution | -79,000.00 |
| **Total for Evan Streusand Equity** | **-$79,000.00** |
| Steven Yambra Equity | 0.00 |
| Contribution | |
| Distribution | -69,125.00 |

| | |
|---|---:|
| **Total for Steven Yambra Equity** | **-$69,125.00** |
| **Total for 31000 Owner Equity** | **-$197,500.00** |
| Capital Paid in Excess | |
| 32000 Retained Earnings | -337,027.07 |
| Net Income | -22,876.02 |
| **Total for Equity** | **-$557,403.09** |
| **Total for Liabilities and Equity** | **$40,550.46** |