# Profit and Loss
## Fortress of Inca
### January 1-December 31, 2023

| Distribution account | Total |
|---|---:|
| Income | |
|   40100 Sales - Wholesale | 108,181.36 |
|   40150 Sales - Online | 984,169.62 |
|   40200 Sales - In Store | 96,849.94 |
|   49000 Returns & Allowances | -191,614.65 |
|   63100 Merchant Account Fees | -10,376.90 |
| **Total for Income** | **$987,209.37** |
| Cost of Goods Sold | |
|   50100 Purchases | 372,556.66 |
|     50020 Inventory Adjustments | 7,499.81 |
|   **Total for 50100 Purchases** | **$380,056.47** |
|   50450 E-Commerce Shipping | 40,252.16 |
|   57000 Freight | 72,232.17 |
| **Total for Cost of Goods Sold** | **$492,540.80** |
| **Gross Profit** | **$494,668.57** |
| Expenses | |
|   60100 Advertising | 185,754.88 |
|   60300 Bank Charges | 2,356.40 |
|   60301 Customer Support | 4,072.50 |
|   60400 Commissions & Fees | 750.00 |
|   60450 Charitable Donations | 450.00 |
|   60700 Dues & Subscriptions | 9,532.95 |
|   60900 Insurance | 4,291.39 |
|     60901 Health Insurance | 14,490.42 |
|   **Total for 60900 Insurance** | **$18,781.81** |
|   61000 Interest Expense | 58,767.46 |
|   62000 Legal & Professional Fees | 0.00 |
|     62100 Accounting | 1,031.25 |
|     62150 Attorney | 225.00 |
|     62350 Photoshoot Expenses | 290.00 |
|       62450 Photographer | 771.28 |
|       62500 Professional Models | 1,618.70 |
|     **Total for 62350 Photoshoot Expenses** | **$2,679.98** |
|     62700 Website Development | 293.18 |
|   **Total for 62000 Legal & Professional Fees** | **$4,229.41** |
|   63000 Meals and Entertainment | 1,508.29 |
|   63200 Office Expense | 12,762.86 |
|   63300 Office Supplies | 851.58 |

| | |
|---|---:|
| 63400 Other General and Admin Expense | 46.90 |
| 63450 Outside Services | 0.00 |
|    63451 Brand | 4,027.02 |
|    63453 Digital | 20,500.00 |
|    63454 Office | 7,907.88 |
| **Total for 63450 Outside Services** | **$32,434.90** |
| 63500 Promotional | 89.34 |
| 63700 Rent or Lease | 37,398.27 |
| 63800 Repair & Maintenance | 936.46 |
| 63950 Shop Buildout | 2,489.75 |
| 64100 Stationery & Printing | 115.82 |
| 64200 Taxes & Licenses | 13,206.46 |
| 64300 Travel | 243.29 |
| 64400 Utilities | 2,039.57 |
|    64410 Telephone & Internet | 1,026.92 |
| **Total for 64400 Utilities** | **$3,066.49** |
| 64600 Website Hosting | 574.20 |
| 70000 Payroll Expenses | 0.00 |
|    70200 Wages & Salaries | 59,208.67 |
|    70300 Payroll Tax Expense | 12,915.90 |
| **Total for 70000 Payroll Expenses** | **$72,124.57** |
| 75000 Guaranteed Payments | 0.00 |
|    75100 Evan Streusand | 55,000.00 |
| **Total for 75000 Guaranteed Payments** | **$55,000.00** |
| **Total for Expenses** | **$517,544.59** |
| **Net Operating Income** | **-$22,876.02** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0.00** |
| **Net Income** | **-$22,876.02** |