# Cash Flow Report - Fortress Shoes
## From: January 1st, 2025 to September 4th, 2025

| | Cash outflow | Cash inflow |
|---|---:|---:|
| **Net cash flow** | | |
|   **Net operating activities** | | |
|     **Operating activities** | | |
|       **Sales receipts** | | |
|         Sales - Facebook (via Shopify) | $ 0 | $ 725.00 |
|         Sales - Faire | $ 0 | $ 4,725.51 |
|         Sales - Shopify - fortress-of-inca | $ 0 | $ 550,960.86 |
|         Sales - Shopify POS - fortress-of-inca | $ 0 | $ 44,601.65 |
|         Sales - Stripe | $ 0 | $ 13,677.43 |
|         Sales - Treet | $ 0 | $ 415.24 |
|         Sales - Wholesale | $ 0 | $ 55,751.71 |
|         Shipping income - Facebook (via Shopify) | $ 0 | $ 17.21 |
|         Shipping income - Shopify - fortress-of-inca | $ 0 | $ 4,114.77 |
|         Various fees - Shopify - fortress-of-inca | $ 0 | $ 15.00 |
|       **Total Sales receipts** | **$ 0** | **$ 675,004.38** |
|       **Discounts & promotions** | | |
|         Discounts & promotions - Facebook (via Shopify) | $ (34.50) | $ 0 |
|         Discounts & promotions - Shopify - fortress-of-inca | $ (49,817.31) | $ 0 |
|         Discounts & promotions - Shopify POS - fortress-of-inca | $ (3,845.23) | $ 0 |
|       **Total Discounts & promotions** | **$ (53,697.04)** | **$ 0** |
|       **Refunds & returns payments** | | |
|         Refunds & returns - Affirm | $ (200.00) | $ 0 |
|         Refunds & returns - Facebook (via Shopify) | $ (377.84) | $ 0 |
|         Refunds & returns - Paypal | $ (714.80) | $ 0 |
|         Refunds & returns - retail | $ (124.48) | $ 0 |
|         Refunds & returns - Shopify - fortress-of-inca | $ (110,183.67) | $ 0 |
|         Refunds & returns - Shopify POS - fortress-of-inca | $ (2,022.68) | $ 0 |
|         Refunds & returns - Stripe | $ (91.25) | $ 0 |
|         Refunds & returns - wholesale | $ (125.00) | $ 0 |
|       **Total Refunds & returns payments** | **$ (113,839.72)** | **$ 0** |
|       **Inventory** | | |
|         Inventory purchases, net | $ (170,025.05) | $ 0 |
|       **Total Inventory** | **$ (170,025.05)** | **$ 0** |
|       **Shipping & fulfillment payments** | | |
|         Fulfillment services fees - other | $ (1,346.70) | $ 0 |
|         Shipping & freight-out | $ (7,102.75) | $ 34.15 |
|       **Total Shipping & fulfillment payments** | **$ (8,449.45)** | **$ 34.15** |
|       **Merchant fees payments** | | |
|         Fees - Klarna - Fortress | $ (146.57) | $ 0 |
|         Fees - Paypal - Fortress | $ (1,737.48) | $ 0 |
|         Fees - Shop Pay - fortress-of-inca | $ (15,773.79) | $ 0 |
|         Fees - Stripe - Fortress of Inca | $ (426.27) | $ 0 |
|       **Total Merchant fees payments** | **$ (18,084.11)** | **$ 0** |
|       **General & administrative (G&A) payments** | | |
|         Charitable contributions | $ (100.00) | $ 0 |
|         Contractors | $ (12,098.68) | $ 0 |
|         Customer service | $ (191.52) | $ 0 |

| | | |
|---|---:|---:|
| Entertainment | $ (173.12) | $ 0 |
| Financial services | $ (3,324.84) | $ 0 |
| Insurance | $ (1,267.55) | $ 352.50 |
| License fees, registrations & other taxes | $ (774.00) | $ 0 |
| Meals | $ (94.20) | $ 0 |
| Miscellaneous expenses | $ (5.02) | $ 0.04 |
| Office supplies & equipment | $ (345.84) | $ 0 |
| Other operations expenses | $ (177.22) | $ 0 |
| Product samples | $ (333.74) | $ 0 |
| Reimbursements to employees | $ (1,800.00) | $ 0 |
| Rent & lease | $ (15,225.00) | $ 0 |
| Repairs & maintenance | $ (120.00) | $ 0 |
| Software & subscriptions | $ (42,656.34) | $ 626.76 |
| Travel | $ (1,714.19) | $ 0 |
| Utilities | $ (2,384.40) | $ 0 |
| Warehouse | $ (14,499.05) | $ 0 |
| **Total General & administrative (G&A) payments** | **$ (97,284.71)** | **$ 979.30** |
| **Salaries & wages payments** | | |
|   Employee benefit programs | $ (7,358.78) | $ 0 |
|   Salaries & wages | $ (37,589.93) | $ 0 |
| **Total Salaries & wages payments** | **$ (44,948.71)** | **$ 0** |
| **Sales & Marketing payments** | | |
|   **Variable advertising & marketing payments** | | |
|     Affiliate marketing | $ (175.00) | $ 0 |
|     Email marketing | $ (6,758.44) | $ 0 |
|     Performance marketing agencies | $ (9,600.00) | $ 0 |
|     Sales commissions | $ (1,115.96) | $ 0 |
|     **Paid online ads** | | |
|       Paid online ads - Facebook Advertising | $ (79,521.86) | $ 0 |
|       Paid online ads - Google Advertising | $ (22,566.55) | $ 0 |
|       Paid online ads - Pinterest | $ (6,047.17) | $ 0 |
|     **Total Paid online ads** | **$ (108,135.58)** | **$ 0** |
|   **Total Variable advertising & marketing payments** | **$ (125,784.98)** | **$ 0** |
|   **Fixed marketing payments** | | |
|     Content marketing | $ (1,743.10) | $ 0 |
|     Marketing agencies & freelancers | $ (1,600.00) | $ 0 |
|     Marketing software & subscriptions | $ (686.16) | $ 0 |
|     Other marketing | $ (22.07) | $ 0 |
|   **Total Fixed marketing payments** | **$ (4,051.33)** | **$ 0** |
| **Total Sales & Marketing payments** | **$ (129,836.31)** | **$ 0** |
| **Taxes** | | |
|   Sales tax liability | $ (4,784.29) | $ 7,731.69 |
| **Total Taxes** | **$ (4,784.29)** | **$ 7,731.69** |
| **Other receipts** | | |
|   Cashback & rewards | $ 0 | $ 1,044.53 |
|   Insurance reimbursement | $ 0 | $ 1,071.79 |
| **Total Other receipts** | **$ 0** | **$ 2,116.32** |
| **Other payments** | | |
|   Penalties & settlements | $ (10,000.00) | $ 0 |
| **Total Other payments** | **$ (10,000.00)** | **$ 0** |
| **Exclude: Restricted cash** | | |

| | | |
|---|---:|---:|
| Hold account - Paypal - Fortress | $ (44.18) | $ 44.18 |
| **Total Exclude: Restricted cash** | **$ (44.18)** | **$ 44.18** |
| **Adjustment: Website orders with unmatched payments** | | |
| Accounts receivable (A/R) | $ (940.33) | $ 0 |
| **Total Adjustment: Website orders with unmatched payments** | **$ (940.33)** | **$ 0** |
| **Exclude: Undeposited funds (UDF)** | | |
| Undeposited funds - Klarna - Fortress | $ (63.15) | $ 0 |
| Undeposited funds - Shop Pay - fortress-of-inca | $ 0 | $ 3,413.09 |
| Undeposited funds - Stripe - Fortress of Inca | $ 0 | $ 378.73 |
| **Total Exclude: Undeposited funds (UDF)** | **$ (63.15)** | **$ 3,791.82** |
| **Total Operating activities** | **$ (651,997.05)** | **$ 689,701.84** |
| **Total Net operating activities** | **$ 0** | **$ 37,704.79** |
| | | |
| **Net investing activities** | | |
| **Investing activities** | | |
| **Other assets** | | |
| Unidentified payouts & transfers | $ (500.00) | $ 0 |
| **Total Other assets** | **$ (500.00)** | **$ 0** |
| **Total Investing activities** | **$ (500.00)** | **$ 0** |
| **Total Net investing activities** | **$ (500.00)** | **$ 0** |
| | | |
| **Net financing activities** | | |
| **Financing activities** | | |
| **Capital** | | |
| Distributions - Evan Streusand | $ (10,675.00) | $ 0 |
| **Total Capital** | **$ (10,675.00)** | **$ 0** |
| **Loans** | | |
| Loan payable - Bcl of Texas | $ 0 | $ 180,000.00 |
| Loan payable - PayPal | $ (23,724.35) | $ 0 |
| Loan payable - Paypal working capital - Fortress | $ (13,285.79) | $ 0 |
| Loan payable - Shopify Capital | $ (42,746.78) | $ 0 |
| Loan payable - Stripe - Fortress of Inca | $ (5,378.43) | $ 5,400.00 |
| Loan payable - Wayflyer | $ (120,216.58) | $ 40,000.00 |
| **Total Loans** | **$ (205,351.93)** | **$ 225,400.00** |
| **Long-term loans** | | |
| Long-term loan payable - Cen-Tex Certified | $ (44,010.63) | $ 0 |
| Long-term loan payable - Small Business Administration | $ (5,848.00) | $ 0 |
| **Total Long-term loans** | **$ (49,858.63)** | **$ 0** |
| **Loans to a related party** | | |
| Related party balance - non interest bearing - highway robery | $ (649.32) | $ 14,734.16 |
| Related party balance - non interest bearing - Simone Handmade LLC | $ (59,029.44) | $ 21,523.87 |
| **Total Loans to a related party** | **$ (59,678.76)** | **$ 36,258.03** |
| **Other liabilities** | | |
| Clearing account - company affiliates balance | $ 0 | $ 34,499.05 |
| Clearing account - equity | $ (10,675.00) | $ 10,675.00 |
| **Total Other liabilities** | **$ (10,675.00)** | **$ 45,174.05** |
| **Interest & financing payments** | | |
| Bank charges & fees | $ (11,058.46) | $ 4,177.95 |
| Foreign Exchange Gain or Loss | $ (0.01) | $ 0.02 |
| Interest & financing fees | $ (2,747.10) | $ 0 |
| **Total Interest & financing payments** | **$ (13,805.57)** | **$ 4,177.97** |

| | | |
|---|---:|---:|
| **Total Financing activities** | $ (350,044.89) | $ 311,010.05 |
| **Total Net financing activities** | $ (39,034.84) | $ 0 |
| | | |
| **Net uncategorized transactions** | | |
|   **Uncategorized transactions** | | |
|     Reclassification requested - money received | $ 0 | $ 34,214.82 |
|     Reclassification requested - money spent | $ (94,656.80) | $ 0 |
|     Uncategorized transactions - money received | $ 0 | $ 54,881.45 |
|     Uncategorized transactions - money spent | $ (10,383.76) | $ 0 |
|   **Total Uncategorized transactions** | $ (105,040.56) | $ 89,096.27 |
| **Total Net uncategorized transactions** | $ (15,944.29) | $ 0 |
| | | |
| **Total Net cash flow** | $ (17,774.34) | $ 0 |