30098 05/23/2024 9:29 AM

# Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2023, or tax year beginning ........................ , ending ........................ .
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2023**

| A | Principal business activity | | Name of partnership | D | Employer identification number |
|---|---|---|---|---|---|
| **WHOLESALE** | | | **Inca Boot Company, LLC** | | **27-2552155** |
| B | Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions. | E | Date business started |
| **BOOTS** | | | **603 Park Blvd.** | | **04/01/2010** |
| C | Business code number | | City or town, state or province, country, and ZIP or foreign postal code | F | Total assets (see instructions) |
| **315990** | | | **Austin          TX 78751** | | $ **47,882** |

G  Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change **(4)** ☐ Address change  **(5)** ☐ Amended return

H  Check accounting method **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other (specify)

I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: ........................ **3**

J  Check if Schedules C and M-3 are attached ........................ ☐

K  Check if partnership **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

### Income

| | | | | | |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | **1,178,824** | b Less returns and allowances | **191,615** | c Balance |
| | | | | 1c | **987,209** |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | **492,539** |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | **494,670** |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 | |
| 7 | Other income (loss) (attach statement) | | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | **494,670** |

### Deductions (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | **59,209** |
| 10 | Guaranteed payments to partners | | 10 | **55,000** |
| 11 | Repairs and maintenance | | 11 | **936** |
| 12 | Bad debts | | 12 | |
| 13 | Rent | | 13 | **37,398** |
| 14 | Taxes and licenses | | 14 | **26,122** |
| 15 | Interest (see instructions) | | 15 | **58,767** |
| 16a | Depreciation (if required, attach Form 4562) | 16a | | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| 18 | Retirement plans, etc. | | 18 | |
| 19 | Employee benefit programs | | 19 | **14,491** |
| 20 | Energy efficient commercial buildings deduction (attach Form 7205) | | 20 | |
| 21 | Other deductions (attach statement) **See Statement 1** | | 21 | **264,417** |
| 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | | 22 | **516,340** |
| 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | | 23 | **−21,670** |

### Tax and Payment

| | | | |
|---|---|---|---|
| 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 24 | |
| 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | 25 | |
| 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| 27 | Other taxes (see instructions) | 27 | |
| 28 | **Total balance due.** Add lines 24 through 27 | 28 | |
| 29 | Elective payment election amount from Form 3800 | 29 | |
| 30 | Payment (see instructions) | 30 | |
| 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| 32 | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below?
See instructions. ☒ Yes  ☐ No

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Kathleen D. Hausenfluck | Kathleen D. Hausenfluck | 05/23/24 | | P01299541 |
| | Firm's name **Lolley & Associates** | | | Firm's EIN | **\*\*-\*\*\*9009** |
| | Firm's address **2206 Lake Austin Boulevard** | | | | |
| | **Austin, TX          78703-4548** | | | Phone no. | **512-472-0123** |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1065** (2023)

DAA

Form 1065 (2023)  **Inca Boot Company, LLC**        27-2552155        Page **2**

## Schedule B    Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership   **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership   **f** ☐ Other: | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2023, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ _____ and the total aggregate net negative amount $ ( _____ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

DAA                                     Form **1065** (2023)

Form 1065 (2023)  **Inca Boot Company, LLC**              27-2552155                    Page **3**

### Schedule B    Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| **c** | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $_____ and the total aggregate net negative amount $_____) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . | | X |
| **d** | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $_____ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . . . . . . . . . . . . . . | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 | | |
| **16a** | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 | | |
| **18** | Enter the number of partners that are foreign governments under section 892 . . . . . . . . . . . . . . . . . . . . . . 0 | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . . . | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the partnership has business interest expense. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . . . . . . . . . . . . . . 0 | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                      By vote:                      By value: | | X |
| **29** | Is the partnership required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| **a** | Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

DAA

Form 1065 (2023)  **Inca Boot Company, LLC**                    27-2552155                Page **4**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|
| **b** | Under the covered surrogate foreign corporation rules? ................................................................. | | X |
| | If "Yes" to either (a) or (b), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions ................................................................. | | X |
| **31** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ................................................................. | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR   **Evan Streusand**

| U.S. address of PR | **605 Park Blvd** | U.S. phone number of PR | |
| | **Austin**           **TX  78751** | | **512-567-8738** |

If the PR is an entity, name of the designated individual for the PR

| U.S. address of designated individual | | U.S. phone number of designated individual | |

Form **1065** (2023)

DAA

Form 1065 (2023)   **Inca Boot Company, LLC**          27-2552155                    Page **5**

## Schedule K    Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 23) | | **1** | **−21,670** |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** 55,000 **b** Capital **4b** | | | |
| | **c** Total. Add lines 4a and 4b | | **4c** | **55,000** |
| | **5** Interest income | | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | | **6a** | |
| | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | | |
| | **7** Royalties | | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** Collectibles (28%) gain (loss) | **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** Other income (loss) (see instructions) Type: | | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | | **12** | |
| | **13a** Cash contributions                    **See Statement 2** | | **13a** | **450** |
| | **b** Noncash contributions | | **13b** | |
| | **c** Investment interest expense | | **13c** | |
| | **d** Section 59(e)(2) expenditures **(1)** Type:          **(2)** Amount: | | **13d(2)** | |
| | **e** Other deductions (see instructions) Type: | | **13e** | |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | | **14a** | **40,914** |
| | **b** Gross farming or fishing income | | **14b** | |
| | **c** Gross nonfarm income | | **14c** | **321,536** |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** Low-income housing credit (other) | | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** Other rental real estate credits (see instructions)          Type: | | **15d** | |
| | **e** Other rental credits (see instructions)          Type: | | **15e** | |
| | **f** Other credits (see instructions)          Type: | | **15f** | |
| **Inter-national** | **16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items—International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | | **17a** | |
| | **b** Adjusted gain or loss | | **17b** | |
| | **c** Depletion (other than oil and gas) | | **17c** | |
| | **d** Oil, gas, and geothermal properties–gross income | | **17d** | |
| | **e** Oil, gas, and geothermal properties–deductions | | **17e** | |
| | **f** Other AMT items (attach statement) | | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | | **18a** | |
| | **b** Other tax-exempt income | | **18b** | |
| | **c** Nondeductible expenses                  **See Statement 3** | | **18c** | **754** |
| | **19a** Distributions of cash and marketable securities | | **19a** | |
| | **b** Distributions of other property | | **19b** | |
| | **20a** Investment income | | **20a** | |
| | **b** Investment expenses | | **20b** | |
| | **c** Other items and amounts (attach statement)     **See Statement 4** | | | |
| | **21** Total foreign taxes paid or accrued | | **21** | |

Form **1065** (2023)

DAA

Form 1065 (2023)  **Inca Boot Company, LLC** 27-2552155   Page **6**

## Analysis of Net Income (Loss) per Return

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 211 | | | | | | **32,880** |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | 40,621 | | | | |
| b | Limited partners | | | -7,741 | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 73,937 | | 4,762 |
| 2a | Trade notes and accounts receivable | 2,100 | | 195 | |
| b | Less allowance for bad debts | | 2,100 | | 195 |
| 3 | Inventories | | 51,645 | | 39,835 |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) **See Stmt 5** | | 24,430 | | 3,090 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 152,112 | | 47,882 |

| | Liabilities and Capital | | | | |
|---|---|---|---|---|---|
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) **See Stmt 6** | | 435,576 | | 314,398 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 243,731 | | 283,553 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -527,195 | | -550,069 |
| 22 | Total liabilities and capital | | 152,112 | | 47,882 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -22,874 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | 55,000 | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | | | |
| b | Travel and entertainment $ 754 | | 8 | Add lines 6 and 7 | |
| | | 754 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 32,880 |
| 5 | Add lines 1 through 4 | 32,880 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -527,195 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): **See Stmt 7** | |
| 3 | Net income (loss) (see instructions) | 32,126 | | | 55,000 |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | 55,000 |
| 5 | Add lines 1 through 4 | -495,069 | 9 | Balance at end of year. Subtract line 8 from line 5 | -550,069 |

DAA

Form **1065** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| Inca Boot Company, LLC | 27-2552155 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 51,645 |
| 2 | Purchases | 2 | 368,245 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)        See Statement 8 | 5 | 112,484 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 532,374 |
| 7 | Inventory at end of year | 7 | 39,835 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 492,539 |

**9a** Check all methods used for valuing closing inventory:

    (i)    [X] Cost

    (ii)    [ ] Lower of cost or market

    (iii)   [ ] Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods   ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)   ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   [ ] Yes   [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   [ ] Yes   [ ] No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

DAA

Partner# 1          984456

| | |
|---|---|
| ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**      **2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**    See separate instructions.

## Part I   Information About the Partnership

**A** Partnership's employer identification number
27-2552155

**B** Partnership's name, address, city, state, and ZIP code
Inca Boot Company, LLC

603 Park Blvd.
Austin      TX 78751

**C** IRS Center where partnership filed return:
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-5772

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Evan Streusand

603 Park Blvd
Austin      TX 78751

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner? **Individual**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .............. ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 40.000000% | 40.000000% |
| Loss | 40.000000% | 40.000000% |
| Capital | 40.000000% | 40.000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ..... $ | | $ |
| Qualified nonrecourse financing ....... $ | | $ |
| Recourse ....... $ | 271,723 | $ 239,180 |

**K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L**    **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account .................. $ | -391,724 |
| Capital contributed during the year ............ $ | |
| Current year net income (loss) .............. $ | -9,150 |
| Other increase (decrease) (attach explanation) ...... $ | |
| Withdrawals and distributions ........... $ ( | ) |
| Ending capital account ................. $ | -400,874 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No   If "Yes," attach statement. See instructions.

**N**    **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning ............ $ _____
Ending ............ $ _____

| | |
|---|---|
| For Paperwork Reduction Act Notice, see the Instructions for Form 1065. | www.irs.gov/Form1065 |

DAA

**Schedule K-1 (Form 1065) 2023**

## Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 14 | Self-employment earnings (loss) |
| | -8,668 | | A | 46,332 |
| 2 | Net rental real estate income (loss) | | | |
| | | | C | 197,868 |
| 3 | Other net rental income (loss) | | 15 | Credits |
| | | | | |
| 4a | Guaranteed payments for services | | | |
| | 55,000 | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked ........ ☐ |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items |
| | 55,000 | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | C* | 302 |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| | | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | | |
| 9b | Collectibles (28%) gain (loss) | | | |
| | | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | | N | STMT |
| 10 | Net section 1231 gain (loss) | | Z* | STMT |
| 11 | Other income (loss) | | AG* | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | | |
| A | 180 | | | |
| 22 | ☐ More than one activity for at-risk purposes* | | | |
| 23 | ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

For IRS Use Only

**Partner# 2**

OMB No. 1545-0123

| Schedule K-1 | **2023** | ☐ Amended K-1 |
|---|---|---|
| (Form 1065) | | |

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**    See separate instructions.

| **Part I** | **Information About the Partnership** |
|---|---|

**A** Partnership's employer identification number
27-2552155

**B** Partnership's name, address, city, state, and ZIP code
Inca Boot Company, LLC

603 Park Blvd.
Austin          TX 78751

**C** IRS Center where partnership filed return:
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-0302

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Dory Benami

909 N Croft Ave, #206
West Hollywood    CA 90069

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?  **Individual**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ............ ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 25.000000% | 25.000000% |
| Loss | 25.000000% | 25.000000% |
| Capital | 25.000000% | 25.000000% |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ...... $ | $ | |
| Qualified nonrecourse financing ....... $ | $ | |
| Recourse ....... $ | 169,827 $ | 149,488 |

**K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships

**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

| **L** | **Partner's Capital Account Analysis** |
|---|---|
| Beginning capital account .............. $ | −154,449 |
| Capital contributed during the year ......... $ | |
| Current year net income (loss) ........... $ | −5,719 |
| Other increase (decrease) (attach explanation) ....... $ | |
| Withdrawals and distributions ........ $ ( | ) |
| Ending capital account ................ $ | −160,168 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No    If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning .......... $ _____
Ending ............. $ _____

| **Part III** | **Partner's Share of Current Year Income,** **Deductions, Credits, and Other Items** |
|---|---|

| 1 Ordinary business income (loss) | –5,418 | 14 Self-employment earnings (loss) **A** –5,418 |
|---|---|---|
| 2 Net rental real estate income (loss) | | **C** 123,668 |
| 3 Other net rental income (loss) | | 15 Credits |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | | 16 Schedule K-3 is attached if ☐ checked |
| 4c Total guaranteed payments | | 17 Alternative minimum tax (AMT) items |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | | 18 Tax-exempt income and nondeductible expenses **C*** 188 |
| 6c Dividend equivalents | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | 19 Distributions |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | | 20 Other information **N** STMT |
| 10 Net section 1231 gain (loss) | | **Z*** STMT |
| 11 Other income (loss) | | **AG*** STMT |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued |
| 13 Other deductions **A** 113 | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

OMB No. 1545-0123

☐ Amended K-1

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning [＿＿＿＿] ending [＿＿＿＿]

**Partner's Share of Income, Deductions, Credits, etc.**     See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **–7,584** | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | **C*** | **264** |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | **N** | **STMT** |
| 11 | Other income (loss) | **Z*** | **STMT** |
| | | **AG*** | **STMT** |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions **A  157** | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
**27-2552155**

**B** Partnership's name, address, city, state, and ZIP code
**Inca Boot Company, LLC**

**603 Park Blvd.**
**Austin              TX 78751**

**C** IRS Center where partnership filed return:
**e-file**

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
**\*\*\*-\*\*-6121**

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
**Steven Yambra**

**1915 North Commonwealth Avenue**
**Los Angeles       CA 90027**

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
  TIN [＿＿＿＿]
  Name [＿＿＿＿]

**I1** What type of entity is this partner? **Individual**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here . . . . . . . . . . . . ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 35.000000 % | 35.000000 % |
| Loss | 35.000000 % | 35.000000 % |
| Capital | 35.000000 % | 35.000000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . . $ | $ | |
| Qualified nonrecourse financing . . . . . . . $ | $ | |
| Recourse . . . . . . . $ | **237,757** $ | **209,283** |

**K2** ☐ Check this box if item K1 includes liability amounts from lower-tier partnerships

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions . . . . . . . . . . . ☐

**L**         Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . . . . . . . . . . . $ | **18,978** |
| Capital contributed during the year . . . . . . . . . $ | |
| Current year net income (loss) . . . . . . . . . . $ | **–8,005** |
| Other increase (decrease) (attach explanation) . . . . . . $ | |
| Withdrawals and distributions . . . . . . . $ ( | ) |
| Ending capital account . . . . . . . . . . . . . . $ | **10,973** |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**    Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . . . . $ [＿＿＿＿]
Ending . . . . . . . . . . . . . . . . . $ [＿＿＿＿]

*For IRS Use Only*

| Schedule **K** | **Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning          , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Inca Boot Company, LLC** | **27-2552155** |

| | **Activity Description** | **Pass-through Entity EIN** | **Aggr. Number** | **SSTB** | **PTP** |
|---|---|---|---|---|---|
| **Column A** | **Merchandise Sales** | | | | |
| **Column B** | | | | | |
| **Column C** | | | | | |
| **Column D** | | | | | |
| **Column E** | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -21,670 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 59,209 | | | | |
| **Qualified property** | | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

**Partner# 1**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** | **2023** |
|---|---|---|
| | For calendar year 2023, or tax year beginning , and ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| **Inca Boot Company, LLC** | **27-2552155** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Evan Streusand** | **\*\*\*-\*\*-5772** |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Merchandise Sales** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -8,668 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 23,684 | | | | |
| **Qualified property** | | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

**Page 1 of 1**

**Partner# 2**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2023, or tax year beginning _____ , and ending _____ | **2023** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **Inca Boot Company, LLC** | **27-2552155** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Dory Benami** | **\*\*\*-\*\*-0302** |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr.<br>Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Merchandise Sales** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | −5,418 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 14,802 | | | | |
| **Qualified property** | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

**Page 1 of 1**

30098 05/23/2024 9:29 AM

**Partner# 3**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2023, or tax year beginning _____ , and ending _____ | **2023** |

| Partnership Name | Employer Identification Number |
|---|---|
| **Inca Boot Company, LLC** | **27-2552155** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Steven Yambra** | **\*\*\*-\*\*-6121** |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | **Merchandise Sales** | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -7,584 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 20,723 | | | | |
| **Qualified property** | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

### Statement 1 - Form 1065, Page 1, Line 21 - Other Deductions

| Description | Amount |
|---|---:|
| Advertising | $ 188,524 |
| Bank Fees | 2,356 |
| Costumer Support | 4,073 |
| Comissions | 750 |
| Dues | 9,533 |
| Insurance | 4,291 |
| Legal and Professional | 1,256 |
| Office Expense | 49,569 |
| Travel | 243 |
| Utilities | 2,040 |
| Telephone | 1,027 |
| Meals (50%) | 755 |
| Total | $ 264,417 |

# Federal Statements

## Statement 2 - Form 1065, Schedule K, Line 13a - Cash Contributions

| Description | 60% | 30% | Total |
|---|---|---|---|
| Cash Contributions | $ 450 | $ | $ 450 |
| Total | $ 450 | $ 0 | $ 450 |

30098 Inca Boot Company, LLC
27-2552155
FYE: 12/31/2023

23-11382-shl   Doc#1-4   Filed 09/04/25   Entered 09/04/25 18:08:26   5/23/2024 9:28 AM

**Federal Statements**

Federal Income Tax

### Statement 3 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Meals | $ 754 |
| Total | $ 754 |

### Statement 4 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| See attached Section 199A Information Worksheet | $ |

### Statement 5 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Office Deposit | $ 3,090 | $ 3,090 |
| Deposits with Vendors | 21,340 | |
| Total | $ 24,430 | $ 3,090 |

### Statement 6 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Credit Card Payable | $ 100,047 | $ 100,827 |
| Paypal Loan | 93,635 | 2,191 |
| Payroll Liabilities | 191 | 191 |
| Ronnie Yambra | 174,500 | 164,500 |
| ST Loan - Shopify | 42,467 | 27,439 |
| ST Loan- Donald N Levit Trust | 19,250 | 19,250 |
| Stripe Capital Loan | 5,486 | 0 |
| Total | $ 435,576 | $ 314,398 |

### Statement 7 - Form 1065, Schedule M-2, Line 7 - Other Decreases

| Description | Amount |
|---|---|
| Guaranteed Payments | $ 55,000 |
| Total | $ 55,000 |

# Federal Statements

## Statement 8 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| Shipping & Handling | $      112,484 |
| Total | $      112,484 |

**Federal Statements**
Federal Statements

**Evan Streusand**
**\*\*\* -\*\*-5772**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|-------:|
| C | Nondeductible Meals | $ 302 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|-------:|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 23,507 |
| AG | Gross Receipts for 2022 | 308,780 |
| AG | Gross Receipts for 2021 | 262,734 |
| AG | Gross Receipts for 2020 | 203,807 |

**Federal Statements**

**Dory Benami**
**\*\*\*-\*\*-0302**

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| C | Nondeductible Meals | $        188 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $    14,692 |
| AG | Gross Receipts for 2022 | 192,988 |
| AG | Gross Receipts for 2021 | 164,209 |
| AG | Gross Receipts for 2020 | 127,379 |

30098  Inca Boot Company, LLC
27-2552155
FYE: 12/31/2023

23-11382-smr  Doc#1-4  Filed 09/04/25  Entered 09/04/25 18:08:26  Federal Income Tax

**Federal Statements**
**Steven Yambra**
**\*\*\*--6121**

5/23/2024  9:28 AM

## Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|------|-------------|--------|
| C | Nondeductible Meals | $        264 |

## Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|------|-------------|--------|
| N | Schedule K-1, Line 1 Business Interest Expense | $     20,568 |
| AG | Gross Receipts for 2022 | 270,183 |
| AG | Gross Receipts for 2021 | 229,892 |
| AG | Gross Receipts for 2020 | 178,331 |

Year Ending: December 31, 2023                                          27-2552155

Inca Boot Company, LLC
603 Park Blvd.
Austin, TX  78751

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.