IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Inca Boot Company, LLC,**[1] | § | Case No. 25-11382-smr |
| d/b/a Fortress Shoes, | § | |
| f/d/b/a Fortress of Inca, | § | Chapter 11, Subchapter V |
| | § | |
| **Debtor.** | § | |

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO BANKRUPTCY RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Inca Boot Company, LLC** in the above captioned action, certifies that there are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

Date: September 7, 2025

**Nguyen Law, PLLC**

 */s/ Thanhan Nguyen*
Thanhan Nguyen, Esq.
Texas Bar No. 24118479
P.O. Box 150146
Austin, TX 78715-0146
an@anwinlaw.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

---

[1] The Debtor's federal Employer Identification Number (EIN) is 27-2552155.

1