**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 18, 2025.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Inca Boot Company, LLC,**[1] | § | Case No. 25-11382-smr |
|    d/b/a Fortress Shoes, | § | |
|    f/d/b/a Fortress of Inca, | § | Chapter 11, Subchapter V |
| | § | |
| **Debtor.** | § | |

### INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

CAME ON FOR CONSIDERATION the *Debtor's Emergency Motion to Authorize Use of Cash Collateral* (the "Motion") filed by Inca Boot Company, LLC (the "Debtor"), which seeks entry of an interim order (a) authorizing the Debtor's immediate use of its cash and cash equivalents, as well as proceeds from the Debtor's other property (the "Cash Collateral"), in which the U.S. Small Business

---

[1] The Debtor's federal Employer Identification Number (EIN) is 27-2552155.

1

Administration (the "SBA") holds a senior security interest; (b) scheduling a final hearing on the Motion; and (c) granting related relief.

Having considered the Motion and the entire record before it, the Court finds and concludes[2] that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b); (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the Motion and the hearing on the Motion has been given; (iv) no objections to the Motion have been filed, or any such objections have been overruled in their entirety for the reasons stated by the Court on the record; and (v) the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing and is justified under sections 361(2) and 363(c)(2) of the Bankruptcy Code. The Court further finds and concludes:

    A.    **Lienholders**. The SBA asserts a prepetition lien on substantially all of the Debtor's property, including the Cash Collateral. CEN-TEX Certified Development Corporation dba BCL of Texas and WebBank (or Bill Me Later, Inc.) (together, the "Junior Lienholders") assert subordinate liens on substantially all of the Debtor's property, including the Cash Collateral.

    B.    **Undersecured Status**. The SBA is undersecured and, therefore, is not entitled to postpetition interest or fees under 11 U.S.C. § 506(b).

    C.    **Junior Interests Not Impaired**. The Debtor's proposed interim use of the Cash Collateral will not diminish or impair the value of the Junior Lienholders' interests.

    D.    **Adequate Protection**. The SBA is entitled to adequate protection under 11 U.S.C. §§ 361 and 363. The proposed

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

adequate protection described below is sufficient to protect the SBA's interest in the Cash Collateral.

It is therefore:

ORDERED that the Motion is GRANTED on an interim basis; it is further

ORDERED that a final hearing on the Motion shall be held on **October 2, 2025, at 1:30 p.m. (Central Time)** (the "Final Hearing") before the Honorable Shad M. Robinson, U.S. Bankruptcy Judge for the Western District of Texas, at https://www.zoomgov.com/my/robinson.txwb via Zoom or by calling (669) 254-5252, Meeting ID: 161 0862 5245; it is further

ORDERED that all parties-in-interest shall have until **October 1, 2025**, to file an objection to the Motion; it is further

ORDERED that the Debtor is authorized to use the Cash Collateral on an interim basis in accordance with the five-week budget attached hereto (the "Budget"), subject to a 10% variance per category and a 5% variance overall; it is further

ORDERED that the Debtor shall file a proposed final budget by no later than September 25, 2025; it is further

ORDERED that, as adequate protection for the use of the Cash Collateral and to the extent of any diminution in value of the SBA's interest in the Cash Collateral, the SBA is granted a valid, binding, enforceable, and perfected postpetition lien on all assets of the Debtor of the same type and nature as those on which the SBA held valid, perfected prepetition liens (excluding causes of action under Chapter 5 of the Bankruptcy Code); it is further

ORDERED that the rights of all parties—including the Debtor, the SBA, the Junior Lienholders, and the U.S. Trustee—to contest the validity, priority, or extent of the liens and claims of any party are expressly reserved pending the Final Hearing; it is further

ORDERED that the Junior Lienholders' right to seek adequate protection is expressly reserved pending the Final Hearing; it is further

ORDERED that this interim order shall be effective immediately upon entry and shall remain in effect pending the Final Hearing, unless otherwise ordered by the Court; it is further

ORDERED that the Court retains exclusive jurisdiction with respect to the implementation, interpretation, and enforcement of this Order.

### #

Submitted by:
An Nguyen
Texas Bar No. 24118479
NGUYEN LAW, PLLC
P.O. Box 150146
Austin, TX 78715-0146
an@anwinlaw.com

*Proposed Counsel to the Debtor
and Debtor-in-Possession*

|  | Week ending ||||| TOTAL |
|---|---|---|---|---|---|---|
|  | 9/12/2025 | 9/19/2025 | 9/26/2025 | 10/3/2025 | 10/10/2025 |  |
| Starting Cash | $ 3,298.00 | $ 5,248.52 | $ 3,113.91 | $ 8,563.76 | $ 5,715.12 |  |
| Wholesale |  |  |  | $ 670.00 |  | $ 670.00 |
| Website + Store | $ 15,125.20 | $ 15,125.20 | $ 15,125.20 | $ 15,125.20 | $ 15,125.20 | $ 75,626.00 |
| Nordstrom | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 4,500.00 |
|  |  |  |  |  |  | **$ 80,796.00** |
|  |  |  |  |  |  |  |
| **Production Payments x Factory** |  |  |  |  |  | **$ (34,347.33)** |
| Production | $ (8,600.00) | $ (5,900.00) | $ (6,400.00) | $ (6,400.00) | $ (6,400.00) | $ (33,700.00) |
| Manufacturing Agent | $ (647.33) | $ - | $ - | $ - | $ - | $ (647.33) |
|  |  |  |  |  |  |  |
| **Shipping + Returns** |  |  |  |  |  | **$ (10,691.04)** |
| Sovereign Logistics (estimate) | $ - | $ (1,500.00) | $ - | $ - | $ (2,000.00) | $ (3,500.00) |
| Duties | $ - | $ (1,500.00) | $ - | $ - | $ (2,000.00) | $ (3,500.00) |
| Shipping Labels | $ (641.01) | $ (641.01) | $ (641.01) | $ (641.01) | $ (641.01) | $ (3,205.04) |
| Redo Fees | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (40.00) | $ (200.00) |
| Wholesale Shipping / UPS | $ (43.00) | $ (43.00) |  | $ - | $ - | $ (86.00) |
| Boxes | $ - | $ - | $ (200.00) | $ - | $ - | $ (200.00) |
|  |  |  |  |  |  |  |
| **Rent + Utilities** |  |  |  |  |  | **$ (800.00)** |
| ATX Office Rent | $ - | $ - | $ - | $ - | $ - | $ - |
| Warehouse | $ - | $ - | $ - | $ - | $ - | $ - |
| Orders, Labels, Etc | $ - | $ - | $ - | $ - | $ - | $ - |
| Storage | $ - | $ - | $ - | $ - | $ (400.00) | $ (400.00) |
| Returns | $ - | $ - | $ - | $ - | $ - | $ - |
| Water | $ - | $ - | $ - | $ - | $ - | $ - |
| Utilities (Electric, Internet) | $ - | $ (400.00) | $ - | $ - | $ - | $ (400.00) |
|  |  |  |  |  |  |  |
| **Marketing, Ads, Web Subscriptions** |  |  |  |  |  | **$ (15,368.72)** |
| Digital Ad Agency | $ (1,600.00) | $ - | $ - | $ - | $ - | $ (1,600.00) |
| Klaviyo | $ - | $ - | $ - | $ (965.00) | $ - | $ (965.00) |
| Digital Ads | $ (1,602.52) | $ (1,602.52) | $ (1,602.52) | $ (1,602.52) | $ (1,602.52) | $ (8,012.60) |
| G Suite | $ - | $ - | $ - | $ (137.00) | $ - | $ (137.00) |
| Quickbooks | $ - | $ - | $ - | $ (69.00) | $ - | $ (69.00) |
| Finaloop | $ - | $ - | $ - | $ (245.00) | $ - | $ (245.00) |
| Shopify Plan | $ - | $ - | $ - | $ (109.00) | $ - | $ (109.00) |
| Shopify Fees | $ (400.82) | $ (400.82) | $ (400.82) | $ (400.82) | $ (400.82) | $ (2,004.09) |
| Adobe | $ - | $ - | $ - | $ (59.99) | $ - | $ (59.99) |
| Later | $ - | $ - | $ - | $ (53.30) | $ - | $ (53.30) |
| Slack | $ - | $ - | $ - | $ (37.31) | $ - | $ (37.31) |
| Syncio, Stamped, Back in Stock | $ - | $ - | $ - | $ (177.43) | $ - | $ (177.43) |
| Smile | $ - | $ - | $ - | $ (49.00) | $ - | $ (49.00) |
| KUTX | $ - | $ - | $ - | $ (50.00) | $ - | $ (50.00) |
| Influencer Marketing + Photoshoots | $ - | $ (1,800.00) | $ - | $ - | $ - | $ (1,800.00) |
| Misc. Marketing | $ - | $ - | $ - | $ - | $ - | $ - |

|  | Week ending | | | | | |
|---|---|---|---|---|---|---|
|  | 9/12/2025 | 9/19/2025 | 9/26/2025 | 10/3/2025 | 10/10/2025 | TOTAL |
| **Salaries, Benefits, Insurance, Taxes** | | | | | | **$ (10,476.94)** |
| Evan | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,500.00) |
| Rachel | $ - | $ (1,103.76) | $ - | $ (1,103.76) | $ - | $ (2,207.52) |
| Margaux | $ - | $ (855.03) | $ - | $ (855.03) | $ - | $ (1,710.06) |
| Elianna | $ - | $ (250.00) | $ - | $ (250.00) | $ - | $ (500.00) |
| Ashley | $ - | $ (550.00) | $ - | $ (550.00) | $ - | $ (1,100.00) |
| Health Insurance | $ - | $ - | $ (791.00) | $ - | $ - | $ (791.00) |
| Business Insurance | $ - | $ - | $ - | $ (121.00) | $ - | $ (121.00) |
| Misc. Fees + Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales Taxes | $ - | $ (600.00) | $ - | $ - | $ - | $ (600.00) |
| Travel | $ - | $ - | $ - | $ - | $ - | $ - |
| Misc. Services | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll Taxes | $ - | $ (473.68) | $ - | $ (473.68) | $ - | $ (947.36) |
|  | | | | | | |
| **Consignment Sales** | | | | | | **$ (3,154.00)** |
| Huma Blanco payout | $ - | $ - | $ - | $ (2,854.00) | $ - | $ (2,854.00) |
| Highway Robery payout | $ - | $ - | $ - | $ - | $ - | $ - |
| NVMBR DCMBR Payout | $ - | $ - | $ - | $ (300.00) | $ - | $ (300.00) |
|  | | | | | | |
| Misc. Expenses | $ - | $ - | $ - | $ - | $ - | $ - |
|  | | | | | | |
| Bankruptcy Counsel Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Sub V Trustee Fees | $ - | $ - | $ - | $ (1,500.00) | $ - | $ (1,500.00) |
| Creditor Payments | $ - | $ - | $ - | $ - | $ - | $ - |
|  | | | | | | |
| **Net Profit** | $ 1,950.52 | $ (2,134.62) | $ 5,449.85 | $ (2,848.65) | $ 2,040.85 | **$ 4,457.97** |