# EXHIBIT A

Liquidation Analysis

| | | |
|---|---|---:|
| Cash and Cash Equivalents | $ | 14,825.59 |
| Inventory | $ | 22,066.11 |
| Furniture | $ | 5,458.00 |
| **Total Assets** | **$** | **42,349.70** |
| | | |
| Senior Secured Claim (SBA) | $ | 31,873.81 |
| Estimated Chapter 11 Professional Fees | $ | 25,000.00 |
| Estimated Sub V Trustee Admin Claim | $ | 5,000.00 |
| Estimated Chapter 7 Trustee Fees | $ | 5,000.00 |
| **Total Secured and Admin Claims** | **$** | **66,873.81** |
| | | |
| Estimated Assets Available in Chapter 7 | $ | - |
| Estimated Assets Available under Plan | $ | 31,839.12 |
| | | |
| **Estimated Unsecured Creditors' Claims Pool** | $ | 663,593.34 |
| | | |
| RECOVERY IN CHAPTER 7: | | 0.00% |
| RECOVERY UNDER PLAN: | | 4.80% |