# Exhibit B

Projected Financial Information

| | Feb-26 - July-26 | Aug-26 - Jan-27 | Feb-27 - July-27 | Aug-27 - Jan-28 | Feb-28 - July-28 | Aug-28 - Jan-29 |
|---|---:|---:|---:|---:|---:|---:|
| Online (Fortress) | $ 249,328.92 | $ 300,435.37 | $ 249,328.92 | $ 300,435.37 | $ 249,328.92 | $ 300,435.37 |
| Nordstrom | $ 37,747.41 | $ 44,540.43 | $ 33,972.67 | $ 40,546.71 | $ 33,972.67 | $ 40,546.71 |
| Online (Huma Blanco) | $ 38,088.05 | $ 32,089.36 | $ 38,088.05 | $ 32,089.36 | $ 38,088.05 | $ 32,089.36 |
| **TOTAL REVENUE** | $ 325,164.38 | $ 377,065.16 | $ 321,389.64 | $ 373,071.44 | $ 321,389.64 | $ 373,071.44 |
| | | | | | | |
| Production Payments (Deposits) | $ 21,184.56 | $ 19,776.95 | $ 20,912.77 | $ 19,665.66 | $ 20,912.77 | $ 19,888.94 |
| Production Payments (In-Season) | $ 56,047.05 | $ 67,236.37 | $ 55,310.92 | $ 66,424.39 | $ 55,310.92 | $ 66,424.39 |
| Manufacturing Agent Commission | $ 6,178.53 | $ 7,077.54 | $ 6,860.13 | $ 7,748.11 | $ 6,860.13 | $ 7,768.20 |
| | | | | | | |
| **Shipping + Returns** | | | | | | |
| Sovereign | $ 5,604.70 | $ 6,723.64 | $ 5,531.09 | $ 6,642.44 | $ 5,531.09 | $ 6,642.44 |
| Duties | $ 5,604.70 | $ 6,723.64 | $ 5,531.09 | $ 6,642.44 | $ 5,531.09 | $ 6,642.44 |
| Shopify Labels | $ 16,258.22 | $ 18,853.26 | $ 16,069.48 | $ 18,653.57 | $ 16,069.48 | $ 18,653.57 |
| Redo Fees | $ 3,086.66 | $ 3,571.52 | $ 2,991.00 | $ 3,464.32 | $ 2,932.36 | $ 3,021.08 |
| Boxes | $ 1,890.00 | $ 1,890.00 | $ 1,890.00 | $ 1,890.00 | $ 1,890.00 | $ 1,890.00 |
| | | | | | | |
| **Rent + Utilities** | | | | | | |
| ATX Office Rent | $ 800.00 | $ 4,840.00 | $ 5,040.00 | $ 5,082.00 | $ 5,292.00 | $ 5,292.00 |
| Fulfillment (Order Fees) | $ 6,640.83 | $ 7,683.99 | $ 6,435.03 | $ 7,453.36 | $ 6,308.86 | $ 6,499.74 |
| Fulfillment Storage | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,800.00 | $ 4,550.00 |
| Return Fees | $ 1,365.06 | $ 1,579.49 | $ 1,322.76 | $ 1,532.08 | $ 1,296.82 | $ 1,336.06 |
| | | | | | | |
| **Marketing, Ads, Web Subscriptions** | | | | | | |
| Digital Ad Agency | $ 9,600.00 | $ 9,600.00 | $ 9,600.00 | $ 9,600.00 | $ 9,600.00 | $ 9,600.00 |
| Klaviyo | $ 5,550.00 | $ 5,642.50 | $ 6,105.00 | $ 6,206.75 | $ 6,715.50 | $ 5,596.25 |
| Digital Ads | $ 60,357.56 | $ 69,830.19 | $ 60,357.56 | $ 69,830.19 | $ 60,357.56 | $ 69,830.19 |
| G Suite | $ 828.90 | $ 835.81 | $ 870.35 | $ 877.60 | $ 913.86 | $ 921.48 |
| Finaloop | $ 1,500.00 | $ 1,512.50 | $ 1,575.00 | $ 1,588.13 | $ 1,653.75 | $ 1,667.53 |
| Shopify Plan | $ 654.00 | $ 654.00 | $ 654.00 | $ 654.00 | $ 654.00 | $ 654.00 |
| Shopify Fees | $ 6,607.22 | $ 7,961.54 | $ 6,607.22 | $ 7,961.54 | $ 6,607.22 | $ 7,961.54 |
| Adobe | $ 359.94 | $ 359.94 | $ 359.94 | $ 359.94 | $ 359.94 | $ 359.94 |
| Later | $ 319.80 | $ 319.80 | $ 319.80 | $ 319.80 | $ 319.80 | $ 319.80 |
| Slack | $ 223.86 | $ 223.86 | $ 223.86 | $ 223.86 | $ 223.86 | $ 223.86 |
| Syncio, Stamped, Back in Stock | $ 1,064.58 | $ 1,064.58 | $ 1,064.58 | $ 1,064.58 | $ 1,064.58 | $ 1,064.58 |
| Smile | $ 294.00 | $ 294.00 | $ 294.00 | $ 294.00 | $ 294.00 | $ 294.00 |
| KUTX | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Influencer Marketing + Photoshoots | $ 1,800.00 | $ 2,000.00 | $ 2,000.00 | $ 2,200.00 | $ 2,200.00 | $ - |

# Exhibit B

Projected Financial Information

| | Feb-26 - July-26 | Aug-26 - Jan-27 | Feb-27 - July-27 | Aug-27 - Jan-28 | Feb-28 - July-28 | Aug-28 - Jan-29 |
|---|---|---|---|---|---|---|
| **Salaries, Benefits, Insurance, Taxes** | | | | | | |
| Evan | $ 33,600.00 | $ 33,768.00 | $ 34,608.00 | $ 34,781.04 | $ 35,646.24 | $ 35,824.47 |
| Rachel | $ 17,400.00 | $ 17,516.00 | $ 18,096.00 | $ 18,216.64 | $ 18,819.84 | $ 18,945.31 |
| Margaux | $ 15,000.00 | $ 15,100.00 | $ 15,600.00 | $ 15,704.00 | $ 16,224.00 | $ 16,332.16 |
| Health Insurance | $ 4,752.00 | $ 4,831.20 | $ 5,227.20 | $ 5,314.32 | $ 5,749.92 | $ 5,845.75 |
| Business Insurance | $ 1,260.00 | $ 1,260.00 | $ 1,260.00 | $ 1,260.00 | $ 1,260.00 | $ 1,260.00 |
| Sales Taxes | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| **Payouts** | | | | | | |
| Huma Blanco payout | $ 19,044.03 | $ 16,044.68 | $ 19,044.03 | $ 16,044.68 | $ 19,044.03 | $ 16,044.68 |
| Bank Service Charges | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 |
| **Loans** | | | | | | |
| SBA Secured Claim | $ 3,500.52 | $ 3,500.52 | $ 3,500.52 | $ 3,500.52 | $ 3,500.52 | $ 3,500.52 |
| Misc. Expenses | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Debtor's Counsel | $ 25,000.00 | $ - | $ - | $ - | $ - | $ - |
| Sub V Trustee | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| **TOTAL EXPENSES** | $ 345,376.71 | $ 350,275.50 | $ 327,261.34 | $ 353,199.96 | $ 331,144.15 | $ 352,054.92 |
| **Projected Disposable Income** | $ (20,212.33) | $ 26,789.66 | $ (5,871.70) | $ 19,871.48 | $ (9,754.51) | $ 21,016.52 |
| **Annual Projected Disposable Income** | | $ 6,577.33 | | $ 13,999.78 | | $ 11,262.01 |