# EXHIBIT C

Anticipated Distribution to Unsecured Claims

| Schedule | POC | Creditor | Allowed Unsecured Claim | Notes | Anticipated Recovery |
|---|---|---|---|---|---|
| D 2.1 | | CEN-TEX Certified Dev. Corp. dba BCL of Texas | $30,455.12 | deficiency claim | $1,461.23 |
| D 2.2 | | CEN-TEX Certified Dev. Corp. dba BCL of Texas | $205,627.95 | deficiency claim | $9,866.00 |
| D 2.3 | 4 | U.S. Small Business Administration | $122,758.40 | deficiency claim | $5,889.93 |
| D 2.4 | | WebBank | $15,519.17 | deficiency claim | $744.61 |
| E/F 3.1 | | 4012 Marathon LP | $0.00 | lease rejected; security deposit retained | |
| E/F 3.2 | 5 | American Express National Bank | $21,993.78 | | $1,055.26 |
| E/F 3.3 | | Celtic Bank | $3,382.58 | | $162.30 |
| E/F 3.4 | | Dart Cuero S.A.C. | $0.00 | critical vendor claim paid in full | |
| E/F 3.5 | | Edward N Shaw LLC | $0.00 | lease rejected; security deposit retained | |
| E/F 3.6 | 2 | JPMorgan Chase Bank, N.A. | $43,778.42 | | $2,100.48 |
| E/F 3.7 | 3 | JPMorgan Chase Bank, N.A. | $28,040.94 | | $1,345.40 |
| E/F 3.8 | | Textile and Leather Trading S.A.C. | $0.00 | critical vendor claim paid in full | |
| E/F 3.9 | | Wayflyer Financial LLC | $38,144.16 | | $1,830.15 |
| E/F 3.10 | | WebBank | $47,969.69 | | $2,301.58 |
| E/F 3.11 | 1 | WebBank / Bill Me Later, Inc. | $81,152.33 | deficiency claim | $3,893.68 |
| E/F 3.12 | 6 | Wells Fargo Bank, N.A. | $24,770.80 | | $1,188.50 |
| **Total** | | | **$663,593.34** | | **$31,839.12** |