| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-11382-smr<br>Western District of Texas<br>Austin<br>Fri Jan 16 15:08:53 CST 2026 | Inca Boot Company, LLC<br>603 Park Blvd<br>Austin, TX 78751-4314 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 4012 Marathon LP<br>804 Congress Ave Ste 300<br>Austin, TX 78701-2630 | American Express National Bank<br>Po Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Bill Me Later, Inc.<br>PO Box 208703<br>Dallas, TX 75320-8703 | CEN-TEX Certified Dev. Corp.<br>dba BCL of Texas<br>1011 San Jacinto Blvd Ste 500<br>Austin, TX 78701-1952 | Celtic Bank<br>268 S State St Ste 300<br>Salt Lake Cty, UT 84111-5314 |
| Dart Cuero S.A.C.<br>Calle Sullana 174<br>Lote Zona Industrial<br>San Juan de Miraflores<br>Lima 15801, Peru | Dory Benami<br>19528 Ventura Blvd # 182<br>Tarzana, CA 91356-2917 | Edward N Shaw LLC<br>3201 Esperanza Xing Apt 201<br>Austin, TX 78758-7861 |
| Evan Streusand<br>603 Park Blvd<br>Austin, TX 78751-4314 | JPMorgan Chase Bank, N.A.<br>Mail Code La4-7100<br>700 Kansas Ln<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| LoanBuilder, A PayPal Service Loan<br>c/o Swift Financial<br>2211 N 1st St<br>San Jose, CA 95131-2021 | PayPal Working Capital<br>Attn: Executive Escalation<br>Po Box 45950<br>Omaha, NE 68145-0950 | Shopify Inc.<br>151 O'Connor St Ground Floor<br>Ottawa, ON K2P 2L8, Canada |
| Steven Yambra<br>10953 San Fernando Rd<br>Pacoima, CA 91331-2633 | Textile and Leather Trading S.A.C.<br>Calle Narciso de la Colina 350 Of. 202<br>Miraflores 15074, Peru | U.S. Small Business Administration<br>615 E. Houston Street<br>Suite 298<br>San Antonio, TX 78205-2046 |
| U.S. Small Business Administration<br>Little Rock Com Loan Serv Ctr<br>2120 Riverfront Dr Ste 100<br>Little Rock, AR 72202-1794 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wayflyer Financial LLC<br>1175 Peachtree St Ne Ste 1000<br>Atlanta, GA 30361-3542 |
| WebBank<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219-4100 | WebBank<br>215 S State St Ste 1000<br>Salt Lake Cty, UT 84111-2336 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Small Business Operations<br>Po Box 29482<br>Phoenix, AZ 85038-9482 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | Thanhan Nguyen<br>Nguyen Law, PLLC<br>PO Box 150146<br>Austin, TX 78715-0146 |

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29