## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **Inca Boot Company, LLC,**[1] | § | **Case No. 25-11382-smr** |
| d/b/a Fortress Shoes, | § | **Chapter 11, Subchapter V** |
| f/d/b/a Fortress of Inca, | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF PLAN EFFECTIVE DATE

PLEASE TAKE NOTICE that on December 3, 2025, the above-referenced Debtor filed its *Subchapter V Debtor's Plan Dated December 3, 2025* [Dkt. 46] (the "Plan").

PLEASE TAKE FURTHER NOTICE that on January 30, 2026, the Court entered its *Order Confirming Debtor's Plan of Reorganization Under 11 U.S.C. § 1191(b)* [Dkt. 60] (the "Confirmation Order").

PLEASE TAKE FURTHER NOTICE that, as set forth in the Confirmation Order, the effective date of the Plan is **February 20, 2026** (the "Effective Date").

---

[1]  The Debtor's federal Employer Identification Number (EIN) is 27-2552155.

Date: February 20, 2026        **Nguyen Law, PLLC**

     */s/ An Nguyen*
     An Nguyen
     Texas Bar No. 24118479
     P.O. Box 150146
     Austin, TX 78715-0146
     Telephone: (512) 712-3484
     an@anwinlaw.com

     *Counsel to the Debtor*
     *and Debtor-in-Possession*

## Certificate of Service

       The undersigned hereby certifies that, on February 20, 2026, a true and correct copy of the foregoing document was served by electronically filing the same with the Court using the Court's CM/ECF system, which sent notification to the parties receiving same through such system, and on the parties shown on the attached service list, via first class U.S. Mail.

     */s/ An Nguyen*
     An Nguyen

Label Matrix for local noticing
0542-1
Case 25-11382-smr
Western District of Texas
Austin
Thu Feb 19 14:36:59 CST 2026

Inca Boot Company, LLC
603 Park Blvd
Austin, TX 78751-4314

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

4012 Marathon LP
804 Congress Ave Ste 300
Austin, TX 78701-2630

American Express National Bank
Po Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bill Me Later, Inc.
PO Box 208703
Dallas, TX 75320-8703

CEN-TEX Certified Dev. Corp.
dba BCL of Texas
1011 San Jacinto Blvd Ste 500
Austin, TX 78701-1952

Celtic Bank
268 S State St Ste 300
Salt Lake Cty, UT 84111-5314

Dart Cuero S.A.C.
Calle Sullana 174
Lote Zona Industrial
San Juan de Miraflores
Lima 15801, Peru

Dory Benami
19528 Ventura Blvd # 182
Tarzana, CA 91356-2917

Edward N Shaw LLC
3201 Esperanza Xing Apt 201
Austin, TX 78758-7861

Evan Streusand
603 Park Blvd
Austin, TX 78751-4314

JPMorgan Chase Bank, N.A.
Mail Code La4-7100
700 Kansas Ln
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LoanBuilder, A PayPal Service Loan
c/o Swift Financial
2211 N 1st St
San Jose, CA 95131-2021

PayPal Working Capital
Attn: Executive Escalation
Po Box 45950
Omaha, NE 68145-0950

Shopify Inc.
151 O'Connor St Ground Floor
Ottawa, ON K2P 2L8, Canada

Steven Yambra
10953 San Fernando Rd
Pacoima, CA 91331-2633

Textile and Leather Trading S.A.C.
Calle Narciso de la Colina 350 Of. 202
Miraflores 15074, Peru

U.S. Small Business Administration
615 E. Houston Street
Suite 298
San Antonio, TX 78205-2046

U.S. Small Business Administration
Little Rock Com Loan Serv Ctr
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Wayflyer Financial LLC
1175 Peachtree St Ne Ste 1000
Atlanta, GA 30361-3542

WebBank
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

WebBank
215 S State St Ste 1000
Salt Lake Cty, UT 84111-2336

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Small Business Operations
Po Box 29482
Phoenix, AZ 85038-9482

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Thanhan Nguyen
Nguyen Law, PLLC
PO Box 150146
Austin, TX 78715-0146